IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No: 1:21cv98-DAS                                              Place Held:
                                                              Amory Teleconference

Style: Wade v. Lee County

Date:   March 30, 2022

Total Time:   22 minutes

PRESENT:          David A. Sanders    United States Magistrate Judge

                  Beth Featherston, Law Clerk
ATTORNEY PRESENT

FOR PLAINTIFF(S)                        FOR DEFENDANT(S)

Jim Waide                               Margaret Gratz
                                        Gary Carnathan


PROCEEDINGS: Conference re: Discovery dispute.

Docket Entry:    Counsel shall verify what information can be obtained in response to plaintiff's
                 Interrogatory 1.   Parties shall recontact the court if dispute remains unresolved.


                                        DAVID CREWS, CLERK

                                        By:    /s/ Beth Featherston
                                               Law Clerk