## JUSTICE AFFIDAVIT

STATE OF MISSISSIPPI
LEE COUNTY

Personally appeared before me, the undersigned Justice Court Judge of the

District of Lee County, Mississippi __Robert Harper__

____Who makes oath on information that on or about the __17th_____ day of _SEPTEMBER_

_2010_ in said County and State, and within jurisdiction of this court _HAVANA MARIA WADE_

DOB __02/26/1963____    Sex _FEMALE___    Race _BLACK___    SS or DL #_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_

ADDRESS_655 COUNTY ROAD 833, GUNTOWN, MS 38849___did willfully and unlawfully

knowingly and feloniously Possess a Scheduled II Controlled Substance to Wit: CRACK

COCAINE while at Guntown, Lee Co., Ms. On 09/17/2010. This in violation of the Mississippi

Uniformed Controlled Substance Laws of 1971 [41-29-139] against the peace and dignity of the

State of Mississippi

Sworn to and subscribed before me this _20_ day of _September_ 2010

Affiant _____

_____Justice Court Judge



EXHIBIT
C

Lee County 00092