*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF MISSISSIPPI*
*ABERDEEN DIVISION*

*HAVANA MARIA WADE*                                                     *PLAINTIFF*

*V.*                                                                           *CAUSE NO. 1:21-CV-098-DAS*

*LEE COUNTY, MISSISSIPPI*                                    *DEFENDANT*

_____

ORDER DISMISSING ACTION
<u>BY REASON OF SETTLEMENT</u>

        The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

        It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

        This 10th day of May, 2023.

                                                    <u>/s/ David A. Sanders</u>
                                                    UNITED STATES MAGISTRATE JUDGE